
**FILED**

DEC 0 3 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-36-BLG-SEH |
| Plaintiff, | ORDER |
| vs. | |
| ROGER ALLEN YBARRA BERGER, | |
| Defendant. | |

In accordance with the Findings and Recommendations Concerning Plea[1] of United States Magistrate Judge Keith Strong, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count I of the Indictment is hereby accepted. Defendant is adjudged guilty. All parties shall

---

[1] Doc. 32.

appear before this Court for sentencing as previously directed by Magistrate

Strong's November 14, 2013, Order.[2]

DATED this 3rd day of December, 2013.

SAM E. HADDON
United States District Judge

---

[2] Doc. 33.